THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE REYNOLDS AND REYNOLDS
COMPANY, et al.

   Plaintiffs

   v.                                    4:17-CV-01004
                                         (JUDGE MARIANI)
SPECTRUM BUSINESS FORMS &
ADVERTISING SPECIALTIES LLC

   Defendant

## ORDER

AND NOW, THIS ___ DAY OF NOVEMBER, 2017, upon receipt of Plaintiffs' letter reporting that the parties have reached a settlement of Plaintiffs' claims (Doc. 13), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Robert D. Mariani
United States District Judge